# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3392

_____

Terry Proctor; Reginald R. Early;      *
Charles Watkins-Bey,                   *
                                       *
              Plaintiffs,              *
                                       *
Troy Roddy,                            *
                                       *
              Appellant,               *
                                       *
Michael X. Furlough; Vincent Hussey;   *
Randy Jones,                           *      Appeals from the United States
                                       *      District Court for the
              Plaintiffs,              *      Eastern District of Arkansas
                                       *
        v.                             *
                                       *      [UNPUBLISHED]
Larry Norris, Director, Arkansas       *
Department of Correction; G. David     *
Guntharp, Ex-Grievance Deputy          *
Director, Arkansas Department of       *
Correction; Ray Hobbs, Deputy          *
Director, Arkansas Department of       *
Correction; Larry May, Deputy          *
Director, Arkansas Department of       *
Correction; Greg Harmon, Warden,       *
Maximum Security Unit, Arkansas        *
Department of Correction; Steve        *
Outlaw, Assistant Warden, Maximum      *
Security Unit, Arkansas Department of  *
Correction; Charles McIntosh,          *
Classification Officer, Maximum        *

Security Unit, Arkansas Department of    *
Correction; George Brewer,    *
Classification Head Administrator,    *
Arkansas Department of Correction;    *
Richard E. Wimberly, Chief of    *
Security, Maximum Security Unit,    *
Arkansas Department of Correction;    *
R. D. Bailey, Unit (B) Manager,    *
Maximum Security Unit, Arkansas    *
Department of Correction,    *
   *
       Appellees.    *

——————

No. 00-3393

——————

Terry Proctor,    *
   *
       Plaintiff,    *
   *
Reginald R. Early,    *
   *
       Appellant,    *
   *
Charles Watkins-Bey; Troy Roddy;    *
Michael X. Furlough; Vincent Hussey;    *
Randy Jones,    *
   *
       Plaintiffs,    *
   *
     v.    *
   *
Larry Norris, Director, Arkansas    *
Department of Correction; G. David    *
Guntharp, Ex-Grievance Deputy    *
Director, Arkansas Department of    *

Correction; Ray Hobbs, Deputy
Director, Arkansas Department of
Correction; Larry May, Deputy
Director, Arkansas Department of
Correction; Greg Harmon, Warden,
Maximum Security Unit, Arkansas
Department of Correction; Steve
Outlaw, Assistant Warden, Maximum
Security Unit, Arkansas Department of
Correction; Charles McIntosh,
Classification Officer, Maximum
Security Unit, Arkansas Department of
Correction; George Brewer,
Classification Head Administrator,
Arkansas Department of Correction;
Richard E. Wimberly, Chief of
Security, Maximum Security Unit,
Arkansas Department of Correction;
R. D. Bailey, Unit (B) Manager,
Maximum Security Unit, Arkansas
Department of Correction,

               Appellees.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

_____

Submitted: April 5, 2001
Filed: April 16, 2001
_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.
_____

PER CURIAM.

Arkansas inmates Troy Roddy and Reginald R. Early appeal from the district court's[1] 28 U.S.C. § 1915A(b)(1) dismissal of their 42 U.S.C. § 1983 complaint. Having carefully reviewed the record and appellants' brief, we agree with the district court that, for the reasons the court explained, the complaint failed to state a claim. See Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo review). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.